

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-11-00747-CR

Terry Joe **NEWMAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR4708A
The Honorable Angus McGinty, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED July 24, 2013.

_____
Luz Elena D. Chapa, Justice